AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas ▼

ERIK SALAIZ )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No.
AMRK ENTERPRISES INC, d/b/a PREMIUM )
CAPITAL FUNDS/PREMIUM CONSOLIDATION )
a New York Limited Liability Company ) **EP 23 CV 0086**
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Amrk Enterprises Inc
c/o Registered Agent Albert Mizrahi
290 Avenue W
Brooklyn NY, 11223

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Erik Salaiz
Plaintiff, Pro Se
319 Valley Fair Way
El Paso, Texas 79907
915-929-1527
Salaiz.ep@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PHILIP J. DEVLIN

*CLERK OF COURT*

Date: 02/24/2023                                   _____
                                                   *Signature of Clerk or Deputy Clerk*