# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **ERIK SALAIZ**, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | |
| **AMRK ENTERPRISES INC.**, | § | EP-23-CV-00086-DCG |
| *A New York Limited Liability Company d/b/a* | § | |
| PREMIUM CAPITAL FUNDS/PREMIUM | § | |
| CONSOLIDATION | § § | |
| *Defendant*. | § § § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Plaintiff Erik Salaiz has voluntarily dismissed the above-captioned case with prejudice. Voluntary Dismissal, ECF No. 3.

The Court accordingly **DISMISSES** this case **WITH PREJUDICE**. Each party shall bear its own costs.

The Court **CLOSES** the case.

**So ORDERED and SIGNED this 11th day of May 2023.**

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE